# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Agnieszka Bieniek | § | Case No. 11-27422 |
| Dariusz Bieniek | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 9:30 a.m. on April 12, 2012 in courtroom 619 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Deborah M. Gutfeld_____
                                                Chapter 7 Trustee


*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Agnieszka Bieniek § Case No. 11-27422
Dariusz Bieniek §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,785.06 |
| and approved disbursements of | $ | 54.37 |
| leaving a balance on hand of[1] | $ | 10,730.69 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DEBORAH M. GUTFELD | $ 1,828.51 | $ 0.00 | $ 1,828.51 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,828.51 |
| Remaining Balance | $ 8,902.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $ 86,732.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.3 percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 3,099.92 | $ 0.00 | $ 318.18 |
| 2 | N. A. Fia Card Services | $ 16,795.63 | $ 0.00 | $ 1,723.90 |
| 3 | Us Bank N. A. | $ 1,014.72 | $ 0.00 | $ 104.15 |
| 4 | N. A. Chase Bank Usa | $ 21,075.29 | $ 0.00 | $ 2,163.16 |
| 5 | Us Bank | $ 9,860.91 | $ 0.00 | $ 1,012.12 |
| 6 | Us Departnment Of Education | $ 34,885.78 | $ 0.00 | $ 3,580.67 |
| | Total to be paid to timely general unsecured creditors | | | $ 8,902.18 |
| | Remaining Balance | | | $ 0.00 |

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Deborah M. Gutfeld_____
Chapter 7 Trustee

DEBORAH M. GUTFELD
DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE
131 S. DEARBORN STREET
SUITE 1700
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 11-27422-JPC
Agnieszka Bieniek                                                      Chapter 7
Dariusz Bieniek
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon          Page 1 of 2          Date Rcvd: Mar 02, 2012
                              Form ID: pdf006        Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2012.
```
db/jdb     +Agnieszka Bieniek,   Dariusz Bieniek,   3009 George Street,   Franklin Park, IL 60131-2407
17494714   +AmericanExpress,   P.O. Box 297871,   Fort Lauderdale, FL 33329-7871
17494716   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17933618    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17494717   +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
17494720   +Everhome Mortgage Co,   8100 Nations Way,   Jacksonville, FL 32256-4405
17671481    FIA Card Services,N.A.,successor to,   Bank of America, N.A.(USA) by,   MBNA America Bank, N.A.,
             PO Box 15102,   Wilmington, DE 19886-5102
17494721   +Fia Csna,   Po Box 17054,   Wilmington, DE 19850-7054
17494722    Fifth Third Bank,   PO BOX 63900,   Cincinnati, OH 45263-0900
17494724   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
            (address filed with court: Hsbc/Carsn,   Po Box 15524,   Wilmington, DE 19850)
17494723   +Hsbc/Bstby,   1405 Foulk Road,   Wilmington, DE 19803-2769
17717117   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: US BANK N.A.,   BANKRUPTCY DEPARTMENT,   POB 5229,
             CINCINNATI, OH 45201-5229)
18016059    US Department of Education,   Direct Loan Servicing Center,   PO BOX 5609,
             Greenville, TX 75403-5609
17494728   +Us Dept Of Education,   Po Box 5609,   Greenville, TX 75403-5609
17494729   +Wfnnb/Ann Taylor,   Po Box 182273,   Columbus, OH 43218-2273
17494730   +Wfnnb/Lane Bryant,   4590 E Broad St,   Columbus, OH 43213-1301
17494731   +Wfnnb/Roomplace,   Po Box 2974,   Shawnee Mission, KS 66201-1374
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17494718    E-mail/PDF: mrdiscen@discoverfinancial.com Mar 03 2012 03:50:59     DISCOVER CARD,
             BANKRUPTCY DEPARTMENT,    PO BOX 3025,   NEW ALBANY, OH 43054-3025
17652165    E-mail/PDF: mrdiscen@discoverfinancial.com Mar 03 2012 03:50:59     Discover Bank,
             Discover Products Inc.,   PO Box 3025,   New Albany, OH  43054-3025
17494719   +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 03 2012 03:50:59     Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
                                                                                             TOTAL: 3
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17494715*  +AmericanExpress,   P.O. Box 297871,   Fort Lauderdale, FL 33329-7871
17494725*  ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
            (address filed with court: Hsbc/Hlzbg,   Po Box 15524,   Wilmington, DE 19850)
17494726*  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: US Bank,   Bankruptcy Department,   P.O. Box 5229,
             Cincinnati, OH 45201)
17494727*  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: Us Bank/Na Nd,   4325 17th Ave S,   Fargo, ND 58125)
                                                                                 TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: kseldon              Page 2 of 2                  Date Rcvd: Mar 02, 2012
                              Form ID: pdf006            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2012 at the address(es) listed below:

    Dariusz T Wator  on behalf of Debtor Agnieszka Bieniek dwator@mecenaschicago.com
    Deborah Michelle Gutfeld  gutfeldch7@perkinscoie.com,
     dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
    Heather M Giannino  on behalf of Creditor   EverBank heathergiannino@hsbattys.com,
     shellyhood@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
    Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
    Richard S Ralston  on behalf of Plaintiff   Discover Bank, Issuer of the Discover Card,
     richardr@w-legal.com,   angelan@w-legal.com;adaml@w-legal.com

                                  TOTAL: 5