UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| Agnieszka Bieniek | § | Case No. 11-27422 |
| Dariusz Bieniek | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4) This case was originally filed under chapter   on  . The case was pending for   months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____ By:/s/DEBORAH M. GUTFELD_____
                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Everhome Mortgage Co 8100 Nations Way Jacksonville, FL 32256 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank PO BOX 63900 Cincinnati, OH 45263-0900 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| Bank of America | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Dept Of Education Po Box 5609 Greenville, TX 75403 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AmericanExpress P.O. Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | AmericanExpress P.O. Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | DISCOVER CARD BANKRUPTCY DEPARTMENT PO BOX 3025 NEW ALBANY, OH 43054-3025 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Fia Csna Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Hsbc/Bstby 1405 Foulk Road Wilmington, DE 19808 | | | | | |
| | Hsbc/Carsn Po Box 15524 Wilmington, DE 19850 | | | | | |
| | Hsbc/Hlzbg Po Box 15524 Wilmington, DE 19850 | | | | | |
| | US Bank Bankruptcy Department P.O. Box 5229 Cincinnati, OH 45201 | | | | | |
| | Us Bank/Na Nd 4325 17th Ave S Fargo, ND 58125 | | | | | |
| | Wfnnb/Ann Taylor Po Box 182273 Columbus, OH 43218 | | | | | |
| | Wfnnb/Lane Bryant 4590 E Broad St Columbus, OH 43213 | | | | | |
| | Wfnnb/Roomplace Po Box 2974 Shawnee Mission, KS 66201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | | | | | |
| 4 | N. A. Chase Bank Usa | | | | | |
| 2 | N. A. Fia Card Services | | | | | |
| 5 | Us Bank | | | | | |
| 3 | Us Bank N. A. | | | | | |
| 6 | Us Departnment Of Education | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-27422 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | DEBORAH M. GUTFELD |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Agnieszka Bieniek | | | | Date Filed (f) or Converted (c): | 06/30/2011 (f) |
| | Dariusz Bieniek | | | | 341(a) Meeting Date: | 08/04/2011 |
| For Period Ending: | 08/20/2012 | | | | Claims Bar Date: | 11/07/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 3009 George Street, Franklin Park Il 60131 | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Edward Jones - Mutual Funds Account For Olivia Bieniek 201 P | 194.50 | 0.00 | DA | 0.00 | FA |
| 3. Us Bank Free Checking Account # Xxx Xxx Xx 9214 Dariusz Bien | 8.18 | 0.00 | DA | 0.00 | FA |
| 4. Fifth Third Bank - Free Checking Account Xxx Xxx 3715 Agnies | 335.00 | 0.00 | DA | 0.00 | FA |
| 5. Us Bank - Free Checking Account # Xxx Xxx Xx 6008 Agnes Bien | 31.26 | 0.00 | DA | 0.00 | FA |
| 6. Harris N.A. - Checking Account ******4690 | 634.75 | 634.75 | DA | 0.00 | FA |
| 7. Harris Bank - Saving Account Account # 7800768600 Agnes Bien | 400.00 | 400.00 | DA | 0.00 | FA |
| 8. All Items At Replacement Value: Love Seat Sofa, Coffee Table | 900.00 | 0.00 | DA | 0.00 | FA |
| 9. Clothing Valued At Used Clothing Store Prices Location: 3009 | 500.00 | 0.00 | DA | 0.00 | FA |
| 10. Western & Southern Life Policy No. 0 43364855 - Bieniek Dari | 24,835.00 | 0.00 | DA | 0.00 | FA |
| 11. Western & Southern Life Policy No. 0 45064415 - Bieniek Agni | 10,069.54 | 0.00 | DA | 0.00 | FA |
| 12. Western & Southern Life/ Policy No. 0 47098115 - Bieniek Oli | 1,367.51 | 0.00 | DA | 0.00 | FA |
| 13. Edward Jones- Individual Retirement Account 201 Progres Park | 14,445.37 | 0.00 | DA | 0.00 | FA |
| 14. Edward Jones- Individual Retirement Account 201 Progress Par | 2,214.18 | 0.00 | DA | 0.00 | FA |
| 15. Db Transport Assets: 2000 Volvo Vn Vin# 4V4nd4rh3yn253214 Mi | 7,856.72 | 1,325.66 | DA | 0.00 | FA |
| 16. Life Insurance Payment To Dariusz Bieniek From His Father Li | 10,000.00 | 10,000.00 | | 10,784.57 | FA |
| 17. 2002 Acura Mdx Vin#2Hnyd18692h518364 Milage-120,000 Location | 6,500.00 | 0.00 | DA | 0.00 | FA |
| 18. Toyota Corrola, Year 1994 Milage-160000 Vin#1Nxae09bxrz20403 | 1,300.00 | 0.00 | DA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-27422 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|
| Case Name: | Agnieszka Bieniek | | | | Date Filed (f) or Converted (c): | 06/30/2011 (f) |
| | Dariusz Bieniek | | | | 341(a) Meeting Date: | 08/04/2011 |
| For Period Ending: | 08/20/2012 | | | | Claims Bar Date: | 11/07/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.49 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $231,592.01 | $12,360.41 | | $10,785.06 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Draft TFR prepared.  Submit to Tom Thornton for approval once DMG reviews.

Initial Projected Date of Final Report (TFR): 12/31/2013    Current Projected Date of Final Report (TFR): 12/31/2013

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-27422  
Case Name: Agnieszka Bieniek  
Dariusz Bieniek  

Taxpayer ID No: XX-XXX1012  
For Period Ending: 08/20/2012  

Trustee Name: DEBORAH M. GUTFELD  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX6400  
Money Market Account  
Blanket Bond (per case limit): $100,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/22/11 | 16 | Western National Life Insurance Company P.O. Box 871 Amarillo, TX 79105-0871 | | 1129-000 | $10,784.57 | | $10,784.57 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.02 | | $10,784.59 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.09 | | $10,784.68 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.09 | | $10,784.77 |
| 10/31/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.74 | $10,771.03 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.09 | | $10,771.12 |
| 11/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.28 | $10,757.84 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.09 | | $10,757.93 |
| 12/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.26 | $10,744.67 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.09 | | $10,744.76 |
| 01/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.09 | $10,730.67 |
| 02/07/12 | INT | Bank of America | Post accrued interest for account number 4437826400. | 1270-000 | $0.02 | | $10,730.69 |
| 02/07/12 | | Transfer to Acct # xxxxxx6471 | Transfer of Funds from MMA account xxx6400 to Checking account xxx6471 | 9999-000 | | $10,730.69 | $0.00 |

COLUMN TOTALS  $10,785.06  $10,785.06

Page Subtotals:  $10,785.06  $10,785.06

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Exhibit 9

|  |  |  |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $10,730.69 |
| Subtotal | $10,785.06 | $54.37 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,785.06 | $54.37 |

Page Subtotals: $0.00 $0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-27422 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Agnieszka Bieniek | Bank Name: Bank of America |
| Dariusz Bieniek | Account Number/CD#: XXXXXX6471 |
| | Checking |
| Taxpayer ID No: XX-XXX1012 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 08/20/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/12 | | Transfer from Acct # xxxxxx6400 | Transfer of Funds from MMA account xxx6400 to Checking account xxx6471 | 9999-000 | $10,730.69 | | $10,730.69 |
| 03/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.19 | $10,717.50 |
| 04/13/12 | | Bank of America | | 2600-000 | | ($13.19) | $10,730.69 |
| 04/13/12 | 1300 | DEBORAH M. GUTFELD 131 S. DEARBORN STREET, SUITE 1700 CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,828.51 | $8,902.18 |
| 04/13/12 | 1301 | Discover Bank Discover Products Inc. Po Box 3025 New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 10.26 % per court order. | 7100-000 | | $318.18 | $8,584.00 |
| 04/13/12 | 1302 | N. A. Fia Card Services Fia Card Services, N.A. Po Box 15102 Wilmington, De 19886-5102 | Final distribution to claim 2 representing a payment of 10.26 % per court order. | 7100-000 | | $1,723.90 | $6,860.10 |
| 04/13/12 | 1303 | Us Bank N. A. Us Bank N.A. Bankruptcy Department Pob 5229 Cincinnati, Oh 45201-5229 | Final distribution to claim 3 representing a payment of 10.26 % per court order. | 7100-000 | | $104.15 | $6,755.95 |
| 04/13/12 | 1304 | N. A. Chase Bank Usa Chase Bank Usa, N.A. Po Box 15145 Wilmington, De 19850-5145 | Final distribution to claim 4 representing a payment of 10.26 % per court order. | 7100-000 | | $2,163.16 | $4,592.79 |
| 04/13/12 | 1305 | Us Bank Bankruptcy Department P.O. Box 5229 Cincinnati, Oh 45201 | Final distribution to claim 5 representing a payment of 10.26 % per court order. | 7100-000 | | $1,012.12 | $3,580.67 |
| 04/13/12 | 1306 | Us Departnment Of Education Direct Loan Servicing Center Po Box 5609 Greenville, Tx 75403-5609 | Final distribution to claim 6 representing a payment of 10.26 % per court order. | 7100-000 | | $3,580.67 | $0.00 |

Page Subtotals: $10,730.69 $10,730.69

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-27422 | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | Agnieszka Bieniek | Bank Name: | Bank of America |
| | Dariusz Bieniek | Account Number/CD#: | XXXXXX6471 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1012 | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: | 08/20/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $8.91 | ($8.91) |
| 05/17/12 | | Bank of America | | 2600-000 | | ($8.91) | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $10,730.69 | $10,730.69 |
| Less: Bank Transfers/CD's | $10,730.69 | $0.00 |
| Subtotal | $0.00 | $10,730.69 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $10,730.69 |

Page Subtotals: $0.00   $0.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6400 - Money Market Account | $10,785.06 | $54.37 | $0.00 |
| XXXXXX6471 - Checking | $0.00 | $10,730.69 | $0.00 |
|  | $10,785.06 | $10,785.06 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,785.06 |
| Total Gross Receipts: | $10,785.06 |

Page Subtotals:                    $0.00        $0.00